

# Fourth Court of Appeals
## San Antonio, Texas

April 6, 2022

No. 04-21-00311-CV

**IN THE INTEREST OF T.A.G., J.I.R.G., C.M.R.A., AND G.A. JR., MINOR CHILDREN**

From the 408th Judicial District Court, Bexar County, Texas
Trial Court No. 2020-PA-01608
Honorable Charles E. Montemayor, Judge Presiding

# O R D E R

Sitting:    Rebeca C. Martinez, Chief Justice
            Patricia O. Alvarez, Justice
            Liza A. Rodriguez, Justice

On January 12, 2022, we issued a memorandum opinion and judgment in this *Anders* appeal, affirming the trial court's judgment. On January 27, 2022, the *pro se* appellant timely filed a motion for rehearing, and, on March 1, 2022, we denied the motion. On April 1, 2022, the *pro se* appellant filed a motion for extension. Our plenary power over this appeal expired on March 31, 2022. *See* TEX. R. APP. P. 19.1(b). Therefore, we no longer have jurisdiction to grant an extension. *See id.* R. 19.3.

_____
Rebeca C. Martinez, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 6th day of April, 2022.

_____
Michael A. Cruz,
Clerk of Court